Matter of Obtenu v Eddaoudi (2025 NY Slip Op 04431)

Matter of Obtenu v Eddaoudi

2025 NY Slip Op 04431

Decided on July 25, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 25, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., MONTOUR, OGDEN, DELCONTE, AND KEANE, JJ.

594 CAF 24-00695

[*1]IN THE MATTER OF SHMU'EL OBTENU, PETITIONER-APPELLANT,
v
NAOUAL EDDAOUDI, RESPONDENT-RESPONDENT. (APPEAL NO. 2.) 

LAW OFFICE OF VERONICA REED, SCHENECTADY (VERONICA REED OF COUNSEL), FOR PETITIONER-APPELLANT.
COURTNEY S. RADICK, OSWEGO, ATTORNEY FOR THE CHILD. 

 Appeal from an order of the Family Court, Onondaga County (Lourdes P. Rosario, R.), entered April 11, 2024, in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition seeking modification of an order of custody and visitation. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs (see CPLR 5511; Matter of Roache v Hughes-Roache, 153 AD3d 1653, 1653 [4th Dept 2017]).
Entered: July 25, 2025
Ann Dillon Flynn
Clerk of the Court